IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

TERRY O. COUTTS,

                Defendant.

8:24MJ377

ORDER FOR DISMISSAL

      IT IS ORDERED the Motion to Dismiss Complaint (Filing No. 19) in the above-captioned

case be granted without prejudice.

      DATED this 16th day of October, 2024.

                          BY THE COURT:

                          MICHAEL D. NELSON
                          United States Magistrate Judge